# EXHIBIT 1

*The Washington Post v. Department of Homeland Security*

Motion for a Preliminary Injunction

EXHIBIT 2

June 12, 2006

Latita M. Huff
Disclosure Office
United States Secret Service
Building 410
245 Murray Drive
Washington DC 200223
Fax No. 202-406-5154
via email: latita.huff@usss.dhs.gov

Dear Ms. Huff:

## FREEDOM OF INFORMATION ACT REQUEST
## AND REQUEST FOR EXPEDITED PROCESSING

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the Washington Post hereby requests that the United States Secret Service (USSS) produce access to and copies of the following records:

1. All records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons who sought or were scheduled to visit the following people in the Office of the Vice President: Vice President Cheney; David Addington, I. Lewis "Scooter" Libby, C. Dean McGrath, Steven Schmidt, John Hannah, Eric Edelman, Ron Christie, Victoria Nuland, Aaron Friedberg, Stephen Yates Samantha Ravich, and David Wurmser. Pertaining to the WAVES records, this request includes, but is not limited to, the portion of the WAVES records that lists the name of the person who is visiting, the room number visited, and the name of the person who arranged the visit with the Secret Service.

2. All records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons, other than the members of the Cheney family, visiting the vice-president's residence. Pertaining to the WAVES records, this request includes, but is not limited to, the portion of the WAVES records that lists the name of the person who is visiting, where the person went and the name of the person who arranged the visit with the Secret Service.

If you regard any of these records as exempt from disclosure under the Act, I hereby request that you exercise your discretion to disclose them. If the Secret Service no longer has custody of the requested records because they have been turned over to the White House, please spell out in detail which specific suboffice within the White House the records were turned over to, which person(s) within the White House was given custody of the records, and please provide any relevant WAVES retention scheduling records as well as all records dating back to the January 2001 concerning or related to the turnover of WAVES records to the White House.

If you deny this request in whole or in part, I ask that you justify all deletions by reference to specific exemptions of the Act. I also note that you are obligated under the law to redact any exempt portions and provide all non-exempt portions that are reasonably segregable.

I further request that you disclose the listed documents, as they become available to you, without waiting until all the documents have been assembled.

*I request expedited processing of this request for records for the following reasons:*

*First, as a journalist, I am primarily engaged in disseminating information to the public.*

*Second, the subject matter of the request concerns actual operations of the federal government, namely meetings of the Vice President and his senior aides on official business.*

*Third, there is an urgency to inform the public about these government activities. There is no question that the activities of the Office of the Vice President are a matter of current exigency to the American public:*

    *a.    The visitor logs will help the public understand the degree to which lobbyists and special interest representatives may have influenced policy decisions of the Bush administration and in particular the positions taken by the Office of the Vice President. Both have been the subject of intense public interest as evidenced by media reports and congressional interest. The relationship between administration officials and lobbyists has emerged as a significant issue in the wake of the ongoing scandals involving lobbyists Jack Abramoff as well as various members of Congress, and of course in the controversy over Vice President Cheney's role in setting federal energy policy.*

    *b.    There is an ongoing investigation into the conduct of the Office of the Vice President. The vice-president's office -- and the contacts it had - is under scrutiny in the CIA-leak case currently under investigation by special prosecutor Patrick Fitzgerald. (In the last three months alone, more than 1000 stories have been written about the case, according to a Nexis search.) The public interest in the CIA leak case will only intensify as Scooter Libby's criminal trial approaches.*

*Fourth, the consequences of delaying a response would compromise a significant public interest. With the midterm elections looming, any delay in processing this request would deprive the public of its ability to make its views known in a timely fashion either at the polls, by lobbyist or through other contacts with public officials. In addition, the ongoing scandals have raised possible questions about the government's integrity which could affect public confidence.*

*I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.*

I am making this request on behalf of The Washington Post, a newspaper of general circulation in the Washington, D.C. metropolitan area. The records disclosed pursuant to this request will

be used in the preparation of news articles for dissemination to the public. For purposes of FOIA fee assessments, I request that you waive all fees in the public interest. The furnishing of the information sought by this request is likely to contribute significantly to public understanding of the operations or activities of government and is not primarily in the commercial interest of the requester. If, however, you decline to waive all fees, I am prepared to pay your normal fees for news media requesters. Please notify me if you expect the processing fees to exceed $100.

I would appreciate your communicating with me by telephone or e-mail, rather than mail, if you have questions regarding this request. My direct telephone number is 202-334-6107; my e-mail address is beckerj@washpost.com As the FOIA and applicable regulations, 6 CFR Sec. 5.5(d)(4), require, I will anticipate your response to my request for expedited processing within ten (10) calendar days."

As the FOIA requires, I look forward to your prompt response.

Sincerely,


Jo Becker
Staff Writer
The Washington Post


*Please see previous litigation on related matters involving Judicial Watch. Examples of the types of records that have been turned over by the Secret Service in the past can be found at http://www.judicialwatch.org/archive/ois/cases/filegate/Exhibits/EXHIBIT-43.pdf