# EXHIBIT 2

*The Washington Post v. Department of Homeland Security*

Motion for a Preliminary Injunction

EXHIBIT 1



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

JUN 16 2006

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

The Washington Post
1150 15th Street NW
Washington, DC 20071
Attn: Jo Becker

File Number: 20060351 - 20060364

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts request received by the United States Secret Service on June 12, 2006, for all records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons who sought or were scheduled to visit the following people in the Office of the Vice President:

File No. 20060351 – Vice President Cheney;
File No. 20060352 – David Addington;
File No. 20060353 – I. Lewis "Scooter" Libby;
File No. 20060354 – C. Dean McGrath;
File No. 20060355 – Steve Schmidt;
File No. 20060356 – John Hannah;
File No. 20060357 – Eric Edelman;
File No. 20060358 – Ron Christie;
File No. 20060359 – Victoria Nuland;
File No. 20060360 – Aaron Friedberg;
File No. 20060361 – Stephen Yates;
File No. 20060362 – Samantha Ravich; and
File No. 20060363 – David Wurmser.

Also, this letter will acknowledge your request for the following information:

File No. 20060364 – All records and visitor logs, including WAVES and/or ACR records from October 2004 to present, reflecting or concerning the entries and/or exits of any persons, other than members of the Cheney family, visiting the vice-president's residence.

You have requested expedited processing of your request under the Department of Homeland Security standard permitting expedition when a requester demonstrates a "compelling need." A compelling need is defined as follows:

1. Failure to obtain requested records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or

2. With respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity.

You have not demonstrated that there is a threat to life or physical safety of an individual nor have you demonstrated that there is a particular urgency to inform the public about an actual or alleged federal government activity. Therefore, I have determined that your request for expedited processing should be denied.

If you disagree with our determination, you have the right of administrative appeal within 35 days by writing to Freedom of Information Appeal, Deputy Director, U.S. Secret Service, 245 Murray Drive, Building 410, Washington, DC 20223.

Please be advised we are processing your request. Your continued patience is appreciated.

Please use the file number indicated above in all future correspondence with this office.

Sincerely,

*Donald K Hawkins for*

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer