# EXHIBIT 3

*The Washington Post v. Department of Homeland Security*

Motion for a Preliminary Injunction

# The Washington Post

1150 15th STREET N. W.
WASHINGTON, D.C. 20071
(202) 334-6000

**ERIC N. LIEBERMAN**

Deputy Counsel & Director of Government Affairs
(202) 334-6017
FAX (202) 334-5075
E-MAIL: liebermane@washpost.com

July 12, 2006

## BY HAND DELIVERY

Freedom of Information Appeal
Deputy Director
U.S. Secret Service
245 Murray Drive
Building 410
Washington, DC 20223

RE: Appeal of Denial of Request for Expedited Processing

Dear Sir or Madam:

This letter constitutes an appeal under the Freedom of Information Act ("FOIA") and applicable Department of Homeland Security regulations, 6 CFR § 5.9, and is submitted on behalf of The Washington Post. Specifically, we appeal the initial determination of Kathy J. Lyerly, dated June 16, 2006, to deny our request for expedited processing of a FOIA request (attached hereto as Exhibit 1).

By letter dated June 12, 2006, Jo Becker, a Post Staff Writer, requested "[a]ll records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons who sought or were scheduled to visit" several named individuals in the Office of the Vice President (attached hereto as Exhibit 2). Ms. Becker requested expedited processing of her request, noting that there is "an urgency to inform the public" about the activities reflected in the requested records for two distinct reasons.

First, the requested logs "will help the public understand the degree to which lobbyists and special interest representatives may have influenced policy decisions of the Bush administration and in particular the positions taken by the Office of the Vice President." Ms. Becker noted that "[t]he relationship between administration officials

Deputy Director, U.S. Secret Service                                        FOIA Appeal
July 12, 2006
Page 2

and lobbyists has emerged as a significant issue in the wake of the ongoing scandals involving lobbyists Jack Abramoff as well as various members of Congress, and of course in the controversy over Vice President Cheney's role in setting federal energy policy."

Second, "[t]he vice-president's office – and the contacts it had – is under scrutiny in the CIA-leak case currently under investigation by special prosecutor Patrick Fitzgerald." Ms. Becker noted that "[t]he public interest in the CIA leak case will only intensify as Scooter Libby's criminal trial approaches."

With respect to the specific need for an expedited response to her FOIA request, Ms. Becker stated that "the consequences of delaying a response would compromise a significant public interest. With the midterm elections looming, any delay in processing this request would deprive the public of its ability to make its views known in a timely fashion either at the polls, by lobbyist or through other contacts with public officials."

Without explanation or elaboration, Ms. Lyerly asserted in her initial determination that the Post has not "demonstrated that there is a particular urgency to inform the public about an actual or alleged federal government activity." She did not even attempt to question or refute the specific grounds for expedition that Ms. Becker cited. In support of this appeal, we incorporate the statements contained in our June 12 FOIA request and provide the following additional material in support of our entitlement to expedited processing.

1. Lest there be any doubt as to the accuracy of Ms. Becker's assertion that there is substantial public interest in the relationships between lobbyists and administration officials, we attach hereto search results from Google News indicating that there have been at least 122 published articles in the last several days concerning former lobbyist Jack Abramoff's visits to the White House (Exhibit 3). Significantly, this news coverage was prompted by the Secret Service's disclosure of White House visitor logs – precisely the sort of information that is at issue here.

2. In her FOIA request, Ms. Becker noted that "[i]n the last three months alone, more than 1000 stories have been written about the [CIA-leak] case, according to a Nexis search." She certified that the facts provided in support of the expedition request were "true and correct," and the agency's initial determination does not question or refute the accuracy of that assertion of newsworthiness.

3. Ms. Becker specifically cited the impending November mid-term elections as a basis for expedited processing of her request. It is beyond dispute that ethics – primarily the question of lobbyist influence in the White House and Congress – has emerged as a significant campaign issue. As USA Today recently reported, "For the past year, Democrats have been jockeying for the high ground on congressional ethics, hoping a largely Republican lobbying scandal would help propel them into the majority come November's elections." See USA Today article (attached hereto as Exhibit 4). "Rep. Rahm Emanuel of Illinois, chairman of the House Democratic campaign committee, said

Deputy Director, U.S. Secret Service
July 12, 2006
Page 3

FOIA Appeal

Republicans have 'a governing philosophy' to cozy up to lobbyists that has led them to favor industries such as oil and pharmaceuticals, producing higher prices for gasoline and prescriptions." *Id.* There can be no doubt that the relationship between industry lobbyists and high-ranking Republican officials will be a significant issue of debate in the November elections. *See also* Exhibit 5 (Democratic National Committee press release asserting that a "Republican culture of corruption [includes] the Bush White House"). A recent article in the National Review stated:

> [T]here is legitimate cause for GOP worry on the ethics front. A recent Washington Post/ABC poll found the Democratic party was trusted more than Republicans "to do a better job handling corruption in Washington" by 52 percent to 27 percent. Last month, a Pew Research Center survey found that by 44 percent to 28 percent, voters believed that Democrats "could do a better job in reforming government." Will the corruption issue alone sink the GOP? No. But it adds to the fabric of the public's discontent. With ongoing criminal investigations involving Abramoff and former congressman Duke Cunningham, Republicans are only one new indictment or guilty plea away from another cycle of the "culture of corruption" charges they now witlessly dismiss as innocuous.

Exhibit 6.

4. Although the Vice President is not a candidate in the upcoming mid-term elections, there is no question that his activities – and the public perception of those activities – will impact his party's prospects. As a Copley News Service report noted earlier this year, some Republican strategists "fear that Cheney has become more of a liability to Republicans running in close congressional races this year." Exhibit 7. The National Review reported that "the talk of Washington has been about" whether the Vice President "should be sacked to help turn around the national GOP's fortunes." Exhibit 6. A recent edition of CBS News' "Face the Nation" program featured a discussion of "Has Vice President Cheney become a political liability for the Republicans?" Exhibit 8. There is thus a clear nexus between the activities of the Vice President and his staff – particularly as they relate to lobbying and ethics issues – and the issues that voters will be considering when they go to the polls in November.

For the foregoing reasons, we believe there is clearly an "urgency to inform the public" about the individuals who have visited the Vice President and his key staff members at the White House complex. As noted, that urgency stems from both the pendency of the mid-term elections and the commencement of Mr. Libby's criminal trial early next year. Given that the election will occur first (in early November), our right to expedited process of Ms. Becker's FOIA request will effectively be lost if the requested material is not processed and released prior to the election.

Finally, we note that the submission of an administrative appeal is not a prerequisite to judicial review of an agency's denial of a request for expedited processing. *ACLU v. Department of Justice*, 321 F. Supp. 2d 24, 29 (D.D.C. 2004) ("plaintiffs'

Deputy Director, U.S. Secret Service                                    FOIA Appeal
July 12, 2006
Page 4

failure to appeal the [agency's] refusal to expedite their request does not preclude judicial review of the decision").  While we are submitting this appeal to afford the agency an opportunity to correct a clearly flawed initial determination, please be advised of our intention to seek judicial review in the event of an unfavorable or untimely response.  As the statute requires "expeditious consideration" of appeals involving expedited processing requests,  5 U.S.C. § 552(a)(6)(E)(ii)(II), we will anticipate your prompt response.  Please feel free to contact me at (202) 334-6017 if I can provide you with additional information concerning this matter.

Sincerely,

Eric Lieberman.

Eric Lieberman

EXHIBIT 1



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

JUN 16 2006

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

The Washington Post
1150 15th Street NW
Washington, DC 20071
Attn: Jo Becker

File Number:  20060351 - 20060364

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts request received by the United States Secret Service on June 12, 2006, for all records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons who sought or were scheduled to visit the following people in the Office of the Vice President:

File No. 20060351 – Vice President Cheney;
File No. 20060352 – David Addington;
File No. 20060353 – I. Lewis "Scooter" Libby;
File No. 20060354 – C. Dean McGrath;
File No. 20060355 – Steve Schmidt;
File No. 20060356 – John Hannah;
File No. 20060357 – Eric Edelman;
File No. 20060358 – Ron Christie;
File No. 20060359 – Victoria Nuland;
File No. 20060360 – Aaron Friedberg;
File No. 20060361 – Stephen Yates;
File No. 20060362 – Samantha Ravich; and
File No. 20060363 – David Wurmser.

Also, this letter will acknowledge your request for the following information:

File No. 20060364 – All records and visitor logs, including WAVES and/or ACR records from October 2004 to present, reflecting or concerning the entries and/or exits of any persons, other than members of the Cheney family, visiting the vice-president's residence.

You have requested expedited processing of your request under the Department of Homeland Security standard permitting expedition when a requester demonstrates a "compelling need." A compelling need is defined as follows:

1. Failure to obtain requested records on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or

2. With respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity.

You have not demonstrated that there is a threat to life or physical safety of an individual nor have you demonstrated that there is a particular urgency to inform the public about an actual or alleged federal government activity. Therefore, I have determined that your request for expedited processing should be denied.

If you disagree with our determination, you have the right of administrative appeal within 35 days by writing to Freedom of Information Appeal, Deputy Director, U.S. Secret Service, 245 Murray Drive, Building 410, Washington, DC 20223.

Please be advised we are processing your request. Your continued patience is appreciated.

Please use the file number indicated above in all future correspondence with this office.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

EXHIBIT 2

June 12, 2006

Latita M. Huff
Disclosure Office
United States Secret Service
Building 410
245 Murray Drive
Washington DC 200223
Fax No. 202-406-5154
via email: latita.huff@usss.dhs.gov

Dear Ms. Huff:

## FREEDOM OF INFORMATION ACT REQUEST
## AND REQUEST FOR EXPEDITED PROCESSING

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the Washington Post hereby requests that the United States Secret Service (USSS) produce access to and copies of the following records:

1. All records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons who sought or were scheduled to visit the following people in the Office of the Vice President: Vice President Cheney; David Addington, I. Lewis "Scooter" Libby, C. Dean McGrath, Steven Schmidt, John Hannah, Eric Edelman, Ron Christie, Victoria Nuland, Aaron Friedberg, Stephen Yates Samantha Ravich, and David Wurmser. Pertaining to the WAVES records, this request includes, but is not limited to, the portion of the WAVES records that lists the name of the person who is visiting, the room number visited, and the name of the person who arranged the visit with the Secret Service.

2. All records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons, other than the members of the Cheney family, visiting the vice-president's residence. Pertaining to the WAVES records, this request includes, but is not limited to, the portion of the WAVES records that lists the name of the person who is visiting, where the person went and the name of the person who arranged the visit with the Secret Service.

If you regard any of these records as exempt from disclosure under the Act, I hereby request that you exercise your discretion to disclose them. If the Secret Service no longer has custody of the requested records because they have been turned over to the White House, please spell out in detail which specific suboffice within the White House the records were turned over to, which person(s) within the White House was given custody of the records, and please provide any relevant WAVES retention scheduling records as well as all records dating back to the January 2001 concerning or related to the turnover of WAVES records to the White House.

If you deny this request in whole or in part, I ask that you justify all deletions by reference to specific exemptions of the Act. I also note that you are obligated under the law to redact any exempt portions and provide all non-exempt portions that are reasonably segregable.

I further request that you disclose the listed documents, as they become available to you, without waiting until all the documents have been assembled.

*I request expedited processing of this request for records for the following reasons:*

*First, as a journalist, I am primarily engaged in disseminating information to the public.*

*Second, the subject matter of the request concerns actual operations of the federal government, namely  meetings of the Vice President and his senior aides on official business.*

*Third, there is an urgency to inform the public about these government activities.  There is no question that the activities of the Office of the Vice President are a matter of current exigency to the American public:*

*a.        The visitor logs will help the public understand the degree to which lobbyists and special interest representatives may have influenced policy decisions of the Bush administration and in particular the positions taken by the Office of the Vice President.  Both have been the subject of intense public interest as evidenced by media reports and congressional interest.  The relationship between administration officials and lobbyists has emerged as a significant issue in the wake of the ongoing scandals involving lobbyists Jack Abramoff as well as various members of Congress, and of course in the controversy over Vice President Cheney's role in setting federal energy policy.*

*b.        There is an ongoing investigation into the conduct of the Office of the Vice President.  The vice-president's office -- and the contacts it had - is under scrutiny in the CIA-leak case currently under investigation by special prosecutor Patrick Fitzgerald. (In the last three months alone, more than 1000 stories have been written about the case, according to a Nexis search.) The public interest in the CIA leak case will only intensify as Scooter Libby's criminal trial approaches.*

*Fourth, the consequences of delaying a response would compromise a significant public interest. With the midterm elections looming, any delay in processing this request would deprive the public of its ability to make its views known in a timely fashion either at the polls, by lobbyist or through other contacts with public officials.  In addition, the ongoing scandals have raised possible questions about the government's integrity which could affect public confidence.*

*I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.*

I am making this request on behalf of The Washington Post, a newspaper of general circulation in the Washington, D.C. metropolitan area.  The records disclosed pursuant to this request will

be used in the preparation of news articles for dissemination to the public. For purposes of FOIA fee assessments, I request that you waive all fees in the public interest. The furnishing of the information sought by this request is likely to contribute significantly to public understanding of the operations or activities of government and is not primarily in the commercial interest of the requester. If, however, you decline to waive all fees, I am prepared to pay your normal fees for news media requesters. Please notify me if you expect the processing fees to exceed $100.

I would appreciate your communicating with me by telephone or e-mail, rather than mail, if you have questions regarding this request. My direct telephone number is 202-334-6107; my e-mail address is beckerj@washpost.com As the FOIA and applicable regulations, 6 CFR Sec. 5.5(d)(4), require, I will anticipate your response to my request for expedited processing within ten (10) calendar days."

As the FOIA requires, I look forward to your prompt response.

Sincerely,

Jo Becker
Staff Writer
The Washington Post

**\*Please see previous litigation on related matters involving Judicial Watch. Examples of the types of records that have been turned over by the Secret Service in the past can be found at http://www.judicialwatch.org/archive/ois/cases/filegate/Exhibits/EXHIBIT-43.pdf**

abramoff "white House" "secret service" – Google News

07/11/2006 01:00 PM

EXHIBIT 3


**Google** News

Sign in

Web   Images   Groups   News   Froogle   Maps   **more »**

| abramoff "white House" "secret service" | **Search News** | **Search the Web** |

Advanced News Search
Preferences

Results **1 - 100** of about 122 for **abramoff white-House secret-service**. (0.09 seconds)

Sort by relevance   **Sorted by date**

**Top Stories**
**World**
**U.S.**
**Business**
**Sci/Tech**
**Sports**
**Entertainment**
**Health**
**Most Popular**

✉ News Alerts

RSS | Atom
About Feeds

Mobile News

About
Google News

### Records Show Bush Met With **Abramoff**
All American Patriots (press release), Sweden - 4 hours ago
... **Secret Service** logs show that **Abramoff** was at the **White House**
on March 1, 2001 from 4 pm to 6 pm. [WH WAVES Records 4/2/03,
Released 7-7-06]. ...

### Brownback stands in way of stem cell bill
Lawrence Journal World, KS - 5 hours ago
... Links Between **Abramoff**, **White House**: Lobbyist Jack **Abramoff**
had a half-dozen **White House** appointments in ... to logs released
yesterday by the US **Secret Service**. ...

### Bush Met With **Abramoff** Records Show: DNC FOIA
### Uncovers Four New ...
noticias.info, Spain - 9 hours ago
... **Secret Service** logs show that **Abramoff** was at the **White House**
on March 1, 2001 from 4 pm to 6 pm. [WH WAVES Records 4/2/03,
Released 7-7-06]. ...

### **Abramoff** Returns
Yahoo! News - Jul 10, 2006
... Previously the **White House** claimed **Abramoff** had only been there
twice. But the Justice Department explained that the **Secret Service**
had quote "unexpectedly ...

### Dedicated Santas work through summer heat
Miami Herald, FL - Jul 9, 2006
... One entry on visitor logs kept by the **Secret Service** indicates
**Abramoff** visited the **White House** family residence on Dec. 10, 2001,
for two hours. ...



### **Secret Service** Reveals More **Abramoff**
### Visits
KFMB, CA - Jul 8, 2006
... One **Abramoff White House** visit, according to
**Secret Service** logs, was on April 20, 2001, to see
Cesar Conda, at the time Cheney's assistant for
domestic policy ...

### **Secret Service** Reveals 4 More **Abramoff** Visits to **White**
### **House**
FOX News - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's

assistant for domestic policy ...

## Logs show **Abramoff** visit to Cheney aide, **White House**
Helena Independent Record, MT - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

## **Secret Service** Reveals More **Abramoff** Visits
Frankfort Times, IN - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...



## **Secret Service** Reveals More **Abramoff** Visits
Wyoming News, WY - Jul 8, 2006
... One **Abramoff White House** visit, according to
**Secret Service** logs, was on April 20, 2001, to see
Cesar Conda, at the time Cheney's assistant for
domestic policy ...



## **Secret Service** reveals more **Abramoff** visits
USA Today - Jul 8, 2006
... One **Abramoff White House** visit, according to
**Secret Service** logs, was on April 20, 2001, to see
Cesar Conda, at the time Cheney's assistant for
domestic policy ...

## More **White House** Visits Disclosed
Los Angeles Times, CA - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, then Cheney's assistant for
domestic policy. ...

## New Links Between **Abramoff**, **White House**
Canton Repository (subscription), OH - Jul 8, 2006
... In May, the **Secret Service** released partial data showing two **White
House** visits by **Abramoff**. In a letter faxed to Judicial Watch ...

## The Nation in brief
Arkansas Democrat-Gazette (subscription), AR - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

## **Abramoff** made other visits to **White House**
AZ Central.com, AZ - Jul 8, 2006
... Another **Abramoff White House** visit, according to the **Secret
Service** logs, was on April 20, 2001, to see Cesar Conda, at the time
Cheney's assistant for ...

## New Links Between **Abramoff** And **White House**

Free Internet Press, NY - Jul 8, 2006
... In May, the **Secret Service** released partial data showing two **White House** visits by **Abramoff**. In a letter faxed to Judicial Watch ...

## Navy sonar agreement reached
The Spokesman Review, WA - Jul 8, 2006
... In May, the **Secret Service** released partial data showing two **White House** visits by **Abramoff**. In a letter faxed to Judicial Watch ...

## Abramoff White House visits revealed
North Adams Transcript, MA - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Navy posted private information on Web
Seattle Times, United States - Jul 8, 2006
... Judicial Watch and the Democratic National Committee. An earlier **Secret Service** search turned up just two **Abramoff White House** visits. ...

## Secret Service reveals more White House visits by Abramoff
Capitol Hill Blue, VA - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Logs show 4 more Abramoff visits to White House in '01
Arizona Daily Star, AZ - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Logs show Abramoff visits to White House
Standard-Speaker, PA - Jul 8, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic ...

## Logs list Abramoff White House visits
Houston Chronicle, United States - Jul 7, 2006
... group Judicial Watch. In May, the **Secret Service** released partial data showing two **White House** visits by **Abramoff**. In a letter faxed ...



## Secret Service Reveals More Abramoff Visits
CBS News - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

abramoff "white House" "secret service" – Google News

07/11/2006 01:00 PM

## Nation Briefs

Austin American-Statesman (subscription), TX - Jul 7, 2006
... The **Secret Service** revealed four more visits to the **White House** in 2001 by disgraced lobbyist Jack **Abramoff**, including one to see a domestic policy aide to ...

## Secret Service reveals more Abramoff visits

The State, SC - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## New Links Between Abramoff, White House

Washington Post, United States - Jul 7, 2006
... In May, the **Secret Service** released partial data showing two **White House** visits by **Abramoff**. In a letter faxed to Judicial Watch ...

## Logs show Abramoff visits to White House

MSNBC - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic ...

## Abramoff visited aide to Cheney

Dallas Morning News (subscription), TX - Jul 7, 2006
... Another **Abramoff White House** visit, according to the **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Mr. Cheney's assistant for ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

ABC7Chicago.com, USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KWWL, IA - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service Reveals More Abramoff Visits

WJLA, DC - Jul 7, 2006
One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits

Mcalester News Capital, OK - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's

assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits

Guardian Unlimited, UK - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits

ABC News - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits

Forbes - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KAIT, AR - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service reveals more Abramoff visits

Macon Telegraph, GA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WVLT, TN - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WISH, IN - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service reveals more Abramoff visits

Sacramento Bee, USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
WBAY, WI - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
Providence Eyewitness News, RI - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
WRIC, VA - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
KPLC-TV, LA - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
KOLD-TV, AZ - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
Team 4 News, TX - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
KVIA, TX - Jul 7, 2006
... An earlier Secret Service search turned up just two Abramoff White House visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...
KAJ News, MT - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KLFY, LA - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

WKYT, KY - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

WALB-TV, GA - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KXLF-TV, MT - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KRTV, MT - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

WREG, TN - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

WLNS, MI - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KCAU, IA - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KBZK-TV, MT - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KXAN-TV, TX - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KESQ, CA - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KRIS-TV, TX - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

WLBT-TV, MS - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KTRE, TX - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

### Secret Service logs show Abramoff visit to Cheney aide, White ...

KTVO, MO - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KRON 4, CA - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WAVY-TV, VA - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WWAY NewsChannel 3, NC - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WSTM-TV, NY - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KLTV, TX - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WHBF, IL - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WANE, IN - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

07/11/2006 01:00 PM

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WBOC TV 16, MD - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WOI, IA - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WTVM, GA - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WHO-TV, IA - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

WLUC-TV, MI - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KLAS-TV, NV - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

Fox 12 Boise, ID - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KVOA.com, AZ - Jul 7, 2006

... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

Eyewitness News, RI - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

KFVS, MO - Jul 7, 2006
... An earlier **Secret Service** search turned up just two **Abramoff White House** visits. The newly released records bring the total number of known visits to seven. ...

## Secret Service reveals more Abramoff visits

Herald News Daily, ND - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic ...

## Secret Service Reveals More Abramoff Visits

CBS News - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service logs show Abramoff visit to Cheney aide, White ...

San Diego Union Tribune, United States - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service reveals more Abramoff visits

San Jose Mercury News, USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits

San Francisco Chronicle, USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## Secret Service reveals more Abramoff visits

Leading The Charge, Australia - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's

abramoff "white House" "secret service" – Google News

07/11/2006 01:01 PM

Sign in

# Google
## News

Web   Images   Groups   News   Froogle   Maps   **more »**

| abramoff "white House" "secret service" |   ( Search News ) ( Search the Web )   Advanced News Search
Preferences

Results **101 - 122** of **122** for **abramoff white-House secret-service**. **(0.13 seconds)**

Sort by relevance   **Sorted by date**

**Top Stories**
**World**
**U.S.**
**Business**
**Sci/Tech**
**Sports**
**Entertainment**
**Health**
**Most Popular**

✉ **News Alerts**

RSS | Atom
About Feeds

Mobile News

About
Google News

### Secret Service reveals more Abramoff visits
Olberlin, KS - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

### Secret Service reveals more Abramoff visits
Times Picayune, LA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

### Secret Service reveals more Abramoff visits
Ely Times,  USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

### Secret Service reveals more Abramoff visits
Pioneer Press, MN - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

### Secret Service reveals more Abramoff visits
Sky Valley Journal,  USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

### Secret Service reveals more Abramoff visits
OregonLive.com, OR - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

### Secret Service reveals more Abramoff visits
Monterey County Herald, CA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

### Secret Service reveals more Abramoff visits
Fort Worth Star Telegram, TX - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits
Biloxi Sun Herald, USA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits
Contra Costa Times, CA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** Reveals More **Abramoff** Visits
ABC News - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits
Cleveland Plain Dealer, OH - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** Reveals More **Abramoff** Visits
Guardian Unlimited, UK - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits
Myrtle Beach Sun News, SC - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits
Fort Wayne News Sentinel, IN - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits
Centre Daily Times, PA - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

## **Secret Service** reveals more **Abramoff** visits

Belleville News-Democrat, IL - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits
Washington Post, United States - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits
FOX News - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

## Secret Service Reveals More Abramoff Visits
Forbes - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

## Group uncovers more White House visits by Abramoff
Raw Story, MA - Jul 7, 2006
The documents were released by the **Secret Service** late Friday
afternoon, a ... obtained a court order for all logs of **Abramoff's** visits to
the **White House**. ...

## Reed In The Rough
National Journal, DC - Jul 7, 2006
... the firm Greenberg Traurig and to **Secret Service** logs released ...
speak with anyone at the **White House** regarding these ... **Abramoff**
had been prodding Reed for help at ...

New! Get the latest news on **abramoff white-House secret-service** with Google
Alerts.

◄ Google

Result Page:   **Previous** 1  **2**

[ abramoff "white House" "secret service" ]   ( Search News )  ( Search the Web )

Search Tips

Google Home - Advertising Programs - Business Solutions - About Google - Privacy Policy

abramoff "white House" "secret service" – Google News

©2006 Google

abramoff "white House" "secret service" – Google News

assistant for domestic ...

### Secret Service reveals more Abramoff visits

Jordan Falls News, Iowa - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic ...

### Secret Service reveals more Abramoff visits

Fort Wayne Journal Gazette, IN - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

San Luis Obispo Tribune, CA - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

Kansas City Star, MO - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

Columbus Ledger-Enquirer, GA - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

Kentucky.com, KY - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

The Benton Crier, Iowa - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic ...

### Secret Service reveals more Abramoff visits

Bradenton Herald, United States - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs, was on April 20, 2001, to see Cesar Conda, at the time Cheney's assistant for domestic policy ...

### Secret Service Reveals More Abramoff Visits

phillyBurbs.com, PA - Jul 7, 2006

... One **Abramoff White House** visit, according to **Secret Service** logs,

was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

Jackson News-Tribune, WY - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

### Secret Service reveals more Abramoff visits

Duluth News Tribune, MN - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

### Secret Service reveals more Abramoff visits

The Kindred Times, Utah - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic ...

### Secret Service Reveals More Abramoff Visits

Mcalester News Capital, OK - Jul 7, 2006
... One **Abramoff White House** visit, according to **Secret Service** logs,
was on April 20, 2001, to see Cesar Conda, at the time Cheney's
assistant for domestic policy ...

New! Get the latest news on **abramoff white-House secret-service** with Google
Alerts.

## Google ▶

Result Page:     **1** 2     **Next**

| abramoff "white House" "secret service" |   ( Search News )   ( Search the Web )

Search Tips

Google Home - Advertising Programs - Business Solutions - About Google - Privacy Policy

©2006 Google

**EXHIBIT 4**

1 of 3 DOCUMENTS

Copyright 2006 Gannett Company, Inc.
All Rights Reserved
USA TODAY

May 10, 2006 Wednesday
FINAL EDITION

**SECTION:** NEWS; Pg. 7A

**LENGTH:** 761 words

**HEADLINE:** Democrats' own ethics trouble 'dulls the message';
But party rated in poll as better able to clean up corruption

**BYLINE:** Jim Drinkard

**BODY:**

WASHINGTON — For the past year, Democrats have been jockeying for the high ground on congressional ethics, hoping a largely Republican lobbying scandal would help propel them into the majority come November's elections.

But the issue is proving to be a two-edged sword, as Democrats themselves have come under scrutiny for allegations of bribery and conflicts of interest.

"You can attack one party for having a lack of ethics, but if any of your own members have problems, it dulls the message with the American people," said Leon Panetta, an ex-Democratic congressman from California and chief of staff under President Clinton. "They begin to put everybody in the same box. It clearly loses some of its impact as a clean campaign issue."

Carl Forti, spokesman for the GOP House campaign committee, said the "culture of corruption" argument doesn't worry Republicans. "People vote for a person, not a party," he said. "We don't think it's going to be effective."

In a USA TODAY/Gallup Poll taken over the weekend, Americans said the Washington scandals don't have a distinct partisan tilt: 76% say they affect both parties equally, 15% said corruption involves mostly Republicans and 5% said Democrats. But respondents gave a 41%–29% edge to Democrats when asked which party would do a better job of cleaning up corruption.

Democrats facing ethics problems:

*Rep. William Jefferson of Louisiana, who is under investigation of alleged bribery in connection with helping market broadband telecommunication services in Nigeria. Former aide Brent Pfeffer and businessman Vernon Jackson have pleaded guilty. An FBI raid on Jefferson's houses in New Orleans and Washington last year found $90,000 in cash in his freezer. Jefferson hasn't been charged and has denied wrongdoing. His attorney, Robert Trout, declined to comment.

*Rep. Alan Mollohan of West Virginia, who directed federal grants to non-profit groups back home while entering real estate deals with top officials of the groups. The congressman's personal wealth jumped. Mollohan has defended his actions as designed to bring economic development to his district, but he had to step down as the top Democrat on the House ethics committee.

*Rep. John Conyers of Michigan, the subject of staff complaints that he assigned workers to babysit, chauffeur and tutor his children and pushed aides to do campaign work on government time. Conyers attorney Stan Brand said the congressman responded to the charges two years ago and hasn't heard from the ethics committee since then. Republicans are "looking to increase the Democratic body count" in response to their own corruption scandals, he said.

Democrats also have taken hits from a run-in between Rep. Cynthia McKinney of Georgia and a Capitol Police officer, and an early-morning accident in which Rep. Patrick Kennedy of Rhode Island weaved up a street in his car and struck a security barrier near the Capitol. He checked into a drug rehabilitation center Friday.

Democrats' own ethics trouble 'dulls the message'; But pa

House Democratic leader Nancy Pelosi of California sought to distinguish her party's foibles from the scandals that brought down Rep. Randy "Duke" Cunningham, R–Calif., for bribery and three former Republican congressional aides who had ties to ex-lobbyist Jack Abramoff. Abramoff, a Republican, pleaded guilty in January to corruption charges.

"You're talking about two completely different things," Pelosi said Sunday on NBC's Meet the Press. The Democratic ethics cases are "individual challenges that those people will have to deal with," she said, noting that she has called for the House ethics committee to investigate Jefferson. Republicans, she charged, have a system of "corruption, cronyism and incompetence" that goes beyond personal indiscretions.

Rep. Rahm Emanuel of Illinois, chairman of the House Democratic campaign committee, said Republicans have "a governing philosophy" to cozy up to lobbyists that has led them to favor industries such as oil and pharmaceuticals, producing higher prices for gasoline and prescriptions. "That is a fundamental difference," he said.

Panetta said such line–drawing is lost on voters. The best Democrats can hope for is a repeat of 1994, he said, when voters — angered over misbehavior by members of both parties in a House bank scandal — turned 38 incumbents out of office. "It hurt the party in power the most," Panetta said.

That year, the Democrats lost the House majority they had held since the 1950s. Using corruption as a campaign theme is "still a pretty good strategy, but I wouldn't put it at the top of my list of attack issues," Panetta said.

**LOAD–DATE:** May 10, 2006

**EXHIBIT 5**

Copyright 2006 HT Media Ltd.
All Rights Reserved
US Fed News

June 9, 2006 Friday 1:47 AM EST

**LENGTH:** 2867 words

**HEADLINE:** CULTURE OF CORRUPTION CONTINUES WITHOUT FORMER REPUBLICAN HOUSE LEADER DELAY

**BYLINE:** US Fed News

**DATELINE:** WASHINGTON

**BODY:**

The Democratic National Committee issued the following news release:

Today, disgraced former Republican House Leader Tom DeLay is resigning from Congress, although he leaves a legacy of scandal in his wake. In addition to his indictments in a case involving political money laundering in Texas, DeLay is believed to be under investigation in the case against convicted former Republican superlobbyist Jack Abramoff. Two former DeLay aides and Abramoff have pleaded guilty to corruption charges and are cooperating with federal investigators. [Houston Chronicle, 6/9/06]

"For the last twelve years, Tom DeLay helped create the Republicans' culture of corruption in Washington, DC," said Democratic National spokesman Luis Miranda. "But even with DeLay's departure, the Republican culture of corruption still has a strong grip on Washington. This Republican culture of corruption stretches from the Bush White House, with investigations into David Safavian, Scooter Libby and Karl Rove, through the K Street Project, to the Republican-controlled Congress with both Bob Ney and Bill Frist under investigation. It is also the GOP's abuses of power like tax breaks for the energy and pharmaceutical companies, while doing nothing to stop sky-rocketing gas prices and health care costs that put the interests of their party ahead of what's good for America. Together, America can do better. Democrats remain committed to real ethics reform, and to restoring honest leadership and a government as good as the people it serves."

GOP'S CULTURE OF CORRUPTION STILL STRONG

SENATE REPUBLICAN LEADER BILL FRIST (TN)

Frist Subpoenaed By SEC On Suspicion That He Violated "Insider Trading Laws." "Senate Majority Leader Bill Frist... has been subpoenaed to turn over personal records and documents as federal authorities step up a probe of his July sales of HCA Inc. stock, according to sources familiar with the investigation. The Securities and Exchange Commission issued the subpoena within the past two weeks, after initial reports that Frist, the Senate's top Republican official, was under scrutiny by the agency and the Justice Department for possible violations of insider trading laws." [Washington Post, 10/13/05]

HOUSE REPUBLICAN LEADER JOHN BOEHNER

In Wake Of DeLay Scandals, Boehner Had No Plan To Change Lobbying Rules. John Boehner became House Republican Leader after Tom DeLay stepped down amid a swirl of ethics problems. In an interview with the Washington Post shortly after taking his new post, Boehner "emphasized that he has no plan to change lobbying rules." He also said that he would not seek a ban on "provisions in spending bills that fund lawmakers' pet projects," also known as earmarks. [Washington Post, 2/4/06]

Boehner's Ethics Agenda A "Joke." "Do you remember, back when the spotlight was on Jack Abramoff, how House Republican leaders pledged to get tough on lobbyists? Well, you may; apparently they don't. The House plans this week

to take up the Lobbying Accountability and Transparency Act of 2006, a watered-down sham that would provide little in the way of accountability or transparency. If the Senate-passed measure was a disappointment, the House version is simply a joke — or, more accurately, a ruse aimed at convincing what the leaders must believe is a doltish public that the House has done something to clean up Washington." [Washington Post, Editorial, 4/25/06]

### SEN. CONRAD BURNS (R-MT)

Burns Pushed Interior Department To Build School For Wealthy Indian Tribe and Abramoff Client; Received $152,000 From Abramoff and Clients. In 2004, Conrad Burns pressured the Department of Interior to award the Saginaw Chippewas of Michigan $3 million from a program that was designed to fund schools for cash strapped American Indian tribes, despite the fact that the Saginaw Chippewas were considered one of the richest in the United States. The tribe had donated over $150,000 to Burns' campaign and political action committees, including 42 percent of the total funds raised by his leadership PAC, Friends of the Big Sky Fund. Burns was chairman of the Interior Appropriations subcommittee which gave him the power to control funding for the Bureau of Indian Affairs, making him a valuable asset for Abramoff. [AP, 3/1/05; tray.com]

### REP. BOB NEY (R-OH)

Ney Attempted to Insert Tigua Provision Into Unrelated Legislation. Ney attempted to help re-open the casino of the Tigua Indian tribe represented by disgraced former GOP superlobbyist Jack Abramoff by attempting to slip a provision into the Help America Vote Act, which Ney's committee had jurisdiction over. Tigua had paid Abramoff and his associate Michael Scanlon $4.2 million in an effort to reopen their casino. [Washington Post, 12/26/04; 11/18/04]

Ney Agreed To Introduce Language To Conference Committee To Lift Federal Gaming Ban. Bob Ney, in his capacity as Chairman of a Congressional Conference Committee said that he would "introduce and seek passage of legislation that would lift the existing federal ban against commercial gambling in order to benefit a client of Abramoff, a Native American Tribe in Texas." At the time Abramoff represented the Tigua tribe of Indians, a tribe whose casino he was trying to reopen, after successfully ensuring its closure for one of his other tribal clients. [Factual Basis for the Plea of Tony C. Rudy, 3/31/06]

Abramoff Wined and Dined Ney. Abramoff provided Ney with numerous tickets for sporting events and concerts, and provided him with regular meals and drinks at his restaurant, Signatures. Ney also used Abramoff's MCI Center box for fundraisers and his chief of staff was later hired by Abramoff. Abramoff's fundraising log shows an event for Ney at MCI Center on March 15, 2001. [Washington Post, 12/26/04; Plea Agreement between DOJ and Abramoff, 1/3/06]

Abramoff Gave Donations To and For Ney. Abramoff contributed $4,000 to Ney's personal campaign committee in 2000 and provided a $10,000 donation to the NRCC at Ney's request. [Plea Agreement between DOJ and Abramoff, 1/3/06]

Ney Awarded Contract To Abramoff Client Through "Highly Politicized Process." In 1999, the House of Representatives decided to place a series of cell phone antennas in the Capitol and House Office Buildings, in order to improve cell phone coverage. LGC Wireless was awarded the contract, and LGC proceeded to work with Capitol officials for a year on a plan for the implementation of the new system. In 2001, Ney became Chairman of the House Administration Committee. Soon after, LGC was removed from the project and replaced by Foxcom Wireless, an Israeli telecommunications company and an Abramoff client. Foxcom had paid Abramoff $280,000 for lobbying and had donated $50,000 to Abramoff's charity, The Capitol Athletic Foundation. [Washington Post, 10/18/05]

* Capitol Officials Expressed Surprise At Sudden Change in Policy. "We were really surprised, given all the work we put in with LGC in designing the system," said Henry F. 'Bud' Collins Jr., the senior network systems engineer for the House. 'Then, all of a sudden this other company showed up. We had to go through this whole thing again.'"

### SENATOR RICK SANTORUM (R-PA)

Santorum Runs K Street Project For GOP – Hand Picks Republicans To Fill High-Level Lobbyist Positions. Santorum runs the K Street project where he "vets the hiring decisions of major lobbyists." The K Street project, created by conservative movement leader Grover Norquist and indicted former Majority Leader Tom DeLay, seeks to place Republicans in high-level corporate and lobbyist positions. As of June 2003, Santorum had successfully placed "33 of 36 top-level Washington positions he [was] monitoring." All positions went to Republicans. As the Washington Post reported, Santorum's colleagues resorted to "intimidation and private threats" to bully lobbyists who try to maintain good

CULTURE OF CORRUPTION CONTINUES WITHOUT FORMER REPUBLICAN HOUSE LEADER D

relations with both parties. [New York Times, 6/27/03; Washington Post, 6/26/03; US News & World Report, 10/17/05; Philadelphia Inquirer, 1/9/06]

* Santorum Worked To Expand Reach Of The K Street Project. In May 2002, Santorum hosted a private meeting in the Capitol where two dozen lobbyists and staffers got a thick list of lobbyists, some with their party affiliation and past political jobs already identified. The meeting's attendees were asked to help fill in the blanks, and told them his own staff would research the political contributions. [Washington Post, 6/10/02]

* Santorum Discussed Consequences Against MPAA When It Hired A Democrat. When Democrat Dan Glickman took over the Motion Picture Association of America, Santorum said he wasn't sure hiring Glickman was "effective" to the movie industry's approach "if they are going to reach across the aisle." A few weeks later, Santorum started discussing consequences for the movie industry in response to its decision to hire Glickman. "Yeah, we had a meeting and, yeah, we talked about making sure that we have fair representation on K Street," Santorum said. "I admit that I pay attention to who is hiring and I think it's important for leadership to pay attention." A few weeks after that, the House removed about $1.5 billion in motion picture industry tax cuts from a pending bill. Glickman then hired a former aide to House Speaker Dennis Hastert and gave $500 to Santorum's campaign. [Wall Street Journal, 8/24/05, Roll Call, 7/21/04, Atlanta Journal-Constitution, 7/4/05]

GROVER NORQUIST OF AMERICANS FOR TAX REFORM, A GOP INTEREST GROUP

Norquist and Abramoff Arranged for Pay to Play Meetings For Bush and the Choctaw and the Coushatta. "An arrangement involving two Indian tribes, the head of an anti-tax organization and a lobbyist now under criminal investigation – plus $50,000 – secured Indian leaders a private audience with President Bush... At the behest of Abramoff, two Indian tribes – the Coushatta Tribe of Louisiana and Mississippi Band of Choctaw – paid $25,000 each to Norquist's group to underwrite a 2001 event that included a private meeting with Bush. Two other entities, which the group declined to identify, also helped underwrite the event. 'The exposure would be incredible and would be very helpful,' Abramoff wrote to one of the tribe's attorneys in asking for the donation. 'One of the things we need to do is get the leaders of the tribe (ideally the chief) in front of the president as much as possible.'" [AP, 6/8/05]

DAVID SAFAVIAN, FORMER CHIEF PROCUREMENT OFFICIAL AT OMB

Safavian Arrested In Connection With Abramoff Probe. The Bush Administration's chief contracting and procurement official at OMB, David Safavian was arrested on charges of making false statements to an ethics official, making false statements to the General Services Agency's Inspector General, and obstruction of a GSA-IG investigation. [Washington Post, 9/20/05; DOJ Release, 9/19/05]

* Safavian Accused of Lying About Abramoff Contacts, At Least Three Times. "The complaint alleges that Safavian lied about his contacts with Abramoff on three occasions after his initial false pledge to the GSA ethics officer. The first was during a 2003 investigation by GSA's inspector general, who was responding to an anonymous tipster's hotline complaint; the second was in a March 17, 2005, letter to the Senate Committee on Indian Affairs; and the third was during an FBI interview on May 26, 2005" [Washington Post, 9/20/05]

Safavian Provided Hands on Assistance to Help Abramoff Lease GSA Property Before Trip to Scotland While Lying to GSA Ethics Officer. While he was the GSA chief of staff in August 2002, Safavian took part in a trip to Scotland hosted by Jack Abramoff's Capital Athletic Foundation. In the days leading up to his trip with Abramoff, Safavian had extensive contact with him regarding his business with GSA. In July of 2002, they discussed the need for possible "Hill pressure" to close the deal on the office space in the Old Post Office building. On the same day that Safavian discussed the golf trip with the GSA ethics officer, assuring him that Abramoff had no business with GSA, Safavian emailed Abramoff from his personal computer, the email advised Abramoff on how to "lay out a case for this lease." The day before the Scotland trip Safavian arranged for a meeting between Abramoff's wife and business partners and GSA officials to discuss the lease. [Washington Post, 1/21/05; Washington Post, 9/20/05]

NEW HAMPSHIRE PHONE-JAMMING SCANDAL

2002 New Hampshire Phone-Jamming Scandal Potentially Involves White House. On Election Day in 2002, a telemarketing company was hired by New Hampshire Republican operatives to jam the phone lines of five Democratic get-out-the-vote centers and one fire fighters union center in New Hampshire. As the plan was developed, implemented and began to unravel, people involved made dozens of telephone calls to a White House phone number in the political department, which was run by current RNC Chairman Ken Mehlman. [AP, 4/11/06]

CULTURE OF CORRUPTION CONTINUES WITHOUT FORMER REPUBLICAN HOUSE LEADER D

* Abramoff and Mehlman Linked to Criminal Phone Jamming Scheme. When he was White House Political Director, Ken Mehlman's office received dozens of calls from convicted phone-jammer James Tobin, who was sentenced to ten months in prison (Mehlman is now the Chairman of the Republican National Committee.) Four people have now received criminal sentences in the case, but the RNC and White House refuse to answer critical questions about who in Washington was involved in the case. Worse still, Jack Abramoff's tribal clients appear to have directed thousands of dollars to the New Hampshire Republican Party. "[T]two of his tribal clients made inexplicable contributions to the NHRSC in October 2002. The Mississippi Choctaw cut a check on Oct. 10 for $10,000; according to FEC records, it was deposited on Oct. 28 along with a $5,000 check from the Agua Caliente. Together, the contributions total $15,000, approximate to the $15,600 the NHRSC paid for the jamming. There are no Indian tribes in New Hampshire. If Abramoff wasn't somehow a party to McGee's scheme, why did he direct money at New Hampshire? It is just one more open question emerging from McGee's brilliant idea, which continues to shine an unwelcome light on the Republican Party almost four years later." [In These Times, 6/06]

TOM NOE

Noe was Regional Chairman of Bush Cheney Campaign and Frequently Spoke with Rove. As a regional chairman of the campaign, Mr. Noe had frequent contact with Karl Rove, the architect of the President's re-election. And Ohio, it turned out, was the pivotal state in the election, narrowly pushing President Bush to victory. [Toledo Blade, 4/28/05]

* Bush Thanked Noe for "His Leadership". On October 29, 2004 at a campaign rally in Toledo, Ohio, Bush singled out Noe for his work on the campaign. Bush said, "I want to thank the grassroots activists. I want to thank my friend Bernadette Noe and Tom Noe for their leadership in Lucas County." After the speech, Bush and the first lady met with Noe and his wife backstage, to thank them for their "work on the campaign." [Toledo Blade, 10/30/04; Bush Remarks, 10/29/04]

Noe Plead Guilty To Illegally Funneling Money To The Bush-Cheney Re-Election. Tom Noe later plead guilty to federal criminal charges that he illegally funneled more than $45,000 to the Bush-Cheney campaign in 2004. Noe admitted that he gave tens of thousands of dollars to two dozen people so they could then contribute it to the Bush-Cheney campaign, helping him achieve the elite "pioneer" fundraising status. Yet President Bush has so far refused to return any more than the $6,000 that Noe and his wife directly contributed. Noe's status as a pioneer helped him garner appointments to federal government commissions, and gave him access to President Bush, Karl Rove and other leading Republicans. [Toledo Blade, 6/1/06]

Noe Was Recommended to Coinage Advisory Committee by Hastert and Nominated by Secretary of Treasury John Snowe. On April 23, President Bush signed into law the "American 5-Cent Coin Design Continuity Act of 2003" (Public Law 108-15), which established the Citizens Coinage Advisory Committee (CCAC). According to a Treasury Department press release Noe was recommended by Speaker of the House Dennis Hastert (R-IL) and nominated by Snowe. [Treasury Department Press Release, 5/16/03]

Noe Attended White House Strategy Session With Ken Mehlman, And Possibly Karl Rove, While His Wife Was An Ohio Elections Official. According to emails released by Ohio Governor Bob Taft's office, Thomas Noe used his influence to obtain an invitation to a White House ceremony honoring the Ohio State University football team. The emails also revealed that once Noe had gotten into the White House, he was invited to attend an "Ohio political strategy session." According to additional emails, the meeting was attended by Ken Mehlman and Collister "Coddy" Johnson, Bush's campaign manager and field director. Karl Rove was also listed as a possible attendant of the meeting. At the time Noe's wife Bernadette was an official in Lucas County, Ohio, an area that experienced extreme voting difficulties during the 2004 election, causing Secretary of State Ken Blackwell to ask for her resignation. [Toledo Blade, 7/7/05]

**LOAD-DATE:** June 14, 2006

**EXHIBIT  6**

Copyright 2006 National Review
National Review

May 22, 2006

**LENGTH:** 3037 words

**HEADLINE:** A Congress Gone to Pot – If the GOP majority doesn't wake up, it will lose, and might even deserve to.

**BYLINE:** Kate O'Beirne & Richard Lowry

**BODY:**

In response to a recent jump in gas prices, congressional Republicans reacted in characteristic fashion. They panicked, touted bad policy, and did themselves political harm, all in a spectacle seemingly designed to disgust the conservatives who had voted them into office. This has been a familiar pattern in recent years. The talk of Washington has been about the "shakeup" in the White House and what administration official — Dick Cheney? Don Rumsfeld? John Snow? — should be sacked to help turn around the national GOP's fortunes. We survey this scene and find ourselves asking, Is it Congress that should be fired?

President Bush deserves some of the blame for the rotten results from Congress — sometimes, he has affirmatively pushed bad policy (most recently with his "comprehensive" immigration reform), and he has made it his standard operating procedure not to try seriously to rein in congressional excess. There is no doubt that his coordination with Capitol Hill could be better, and the inability of his team to anticipate political problems — such as the Dubai ports-deal mess — has made life more difficult than it need be for his fellow Republicans. But the GOP in Congress acts as if establishing a smoother White House operation were the key to eliminating all its troubles. In reality, the locus of the national party's malaise is as much, perhaps more, on Capitol Hill than in the Bush administration.

Congressional Republican governance has gone through phases that can be roughly described as Revolution (1994–1996), Consolidation (1996–2002), and Deterioration (2002–present). The deterioration has steadily gotten worse. The Republican majority has lately been notable for its bungling, fecklessness, self-serving defensiveness, and hysteria — sometimes all at once. The congressional majority has repudiated Republican governance before voters even have the chance to do the same this November.

In terms of public esteem, Congress is floating somewhere between contemptible and beneath contempt. A recent poll finds only 22 percent approving of Congress's job performance, down 11 points over a single month. The drop comes with a sharp decline in approval by Republican respondents, according to GOP pollster Bill McInturff. Republicans hope to rally their base by raising the specter of Democratic control of Congress, but they are giving their supporters every reason to wonder: How much worse could that be?

Take gas prices. Speaker Denny Hastert and Majority Leader Bill Frist decided to play on the Democrats' familiar playing field by bashing the Big Bad Oil Companies. They called on the president to launch investigations into possible price gouging by the industry. Hastert called the compensation package for Exxon Mobil's retired CEO "unconscionable." His spokesman said, "Having a profit is good. We believe in that as Republicans. But when you're making this kind of money and American families are being affected, there should be appropriate things done to bring prices down." How exactly the compensation of oil executives affects American families is left unexplained. (Speaking of effects on American families, federal spending has exceeded $20,000 per household for the first time since World War II.)

If Democrats consider more taxes the answer to any question, some Republicans aren't far behind. Sen. Arlen Specter (R–Pa.) has backed Democrats' calls for a windfall-profit tax on oil companies, and Sen. Chuck Grassley (R–Ethanol) asked the IRS to allow Finance Committee aides to review the corporate tax returns of oil and gas companies for the past five years. For what? we wonder. According to the Tax Foundation, in 2005, Exxon Mobil, ConocoPhillips, and Chevron paid $44.3 billion in corporate taxes on their gross earnings. These payments were almost 50 percent higher than taxes paid the previous year. In addition to corporate taxes, these three companies paid or remitted $114.5 billion in other taxes in 2005, including payroll, property, and excise taxes. In any case, Republicans once understood that corporations don't

pay taxes, their shareholders, employees, and customers do.

The political problem with all this is that once Republicans have given away the premises of their governing philosophy — in this case, that prices and executive compensation are determined by the market — they have no foothold to resist Democratic initiatives. Try as they might, there is no way that Republicans can be more socialistic and economically populist than the Democrats. They have set up a bidding war that the GOP must, by definition, lose. The same applies to the immigration debate: The Democrats will always be more pro-amnesty, and therefore more pro-Hispanic in the terms some Republicans have helped set for the debate, than the GOP.

On gas, congressional Republicans have lurched from the substantively and politically wrongheaded to the self-parodic. As part of a panic-induced, hastily assembled legislative proposal that is already falling apart, they are proposing a $100 rebate to compensate voters for high gas prices, which would simply be taking money from taxpayers in a symbolic sprinkling of cash. It is no accident that the proposal closely mirrors a Jimmy Carter-proposed rebate to try to boost the economy, a pathetic initiative from a pathetic administration. Republicans haven't yet gotten around to making President Bush's tax cuts permanent, but can consume themselves with such marginalia.

Republicans can't even get their photo-ops right. When Speaker Hastert held a press event at a local gas station to promote hydrogen cars, he rode in one of the gas-free cars for about a block before getting back in his armored SUV for the return to the Capitol. Photographers suspected some such stunt, and caught him in the act of switching cars.

At least a rebate or a botched photo-op doesn't do harm to the core functions of government. During the last few years, Congress has specialized in problem-causing responses to problems. In response to September 11, it created an enormous, sprawling Department of Homeland Security, endorsed by President Bush. Smart analysts said at the time that a collection of 22 disparate agencies could not be made to function effectively, at least not for years. Indeed, when DHS secretary Mike Chertoff is at a microphone, you never know whether the topic is avian flu, border control, port security, natural disasters, or terrorist threats. These areas are so important, each could easily be the secretary's fulltime responsibility.

When DHS's dysfunction played into the chaotic response to Hurricane Katrina, Congress turned around and excoriated the people in charge of the unmanageable department it itself had created. Being in Congress means never having to own up to your own errors, when you can browbeat other people over them during televised hearings instead. Blame always rolls off Capitol Hill onto someone else.

The same dynamic has played out in the creation of a new national intelligence director. As with the Department of Homeland Security, there was a mad rush to pass the reorganization of the intelligence bureaucracy, this one prompted by a recommendation of the 9/11 commission. Again, some experts warned at the time that creating a new layer of bureaucracy would only . . . create another layer of bureaucracy. In the event, this is exactly what has happened, but the leaders of the House Intelligence Committee now are outraged by it, and can't believe that national intelligence director John Negroponte is presiding over the very over-bureaucratization Congress insisted on.

No doubt, if the near-total ban Congress rushed to pass on coercive interrogation methods last year ever manifestly puts a crimp on efforts to preempt a terror attack, Congress will lead the chorus of outrage. Hearings will be held, and careers ruined — just not the careers of anyone who wrote the restrictions into law in the first place.

DAMN THE TORPEDOES, AND COMMON SENSE What all three of these examples have in common is an unseemly stampede, a rush to take action that overwhelms any critical thought about the proposals in question. Congress couldn't even wait to get the Robb-Silberman report on how the intelligence community had missed the true state of Saddam's weapons program before rushing ahead to pass that intelligence reorganization. For the world's greatest deliberative body, Congress lacks any deliberative sense, lacks the ability or willingness to stop and think.

Congress always feels the need to "do something" in order to be "relevant," without caring too much what the something is. With its extensive oversight role, one would think that occasionally Congress would anticipate problems instead of always being in a reactive — or over-reactive — posture. But it missed the problems with the "wall" within the Justice Department that prevented effective counterterrorism coordination, the fecklessness of the CIA before 9/11 (and after), the rickety state of the electricity grid prior to the 2003 blackout, the fraud in corporate governance during the Internet bubble, the downside of absorbing FEMA into the Department of Homeland Security, and the gas shortages that would be caused by last year's new ethanol mandate. Congress is always about after-the-fact clucking and finger-pointing.

Another thing Congress is incapable of doing is making fiscal choices. Spending discipline is honored only in the breach, and with rhetorical flourishes thrown to the party's base at opportune moments. When ambitious Republican politicians get together for pre-2008 events like the recent straw poll in Memphis, the talk is all of Ronald Reagan and limited government. The kind of governance in Washington that they deliver is exactly the opposite.

Incontinence has become a way of life. When President Bush threatened a veto if the supplemental spending bill for the Iraq War and Katrina cleanup exceeded $92 billion, the Senate promptly voted to keep funding for the Mississippi senators' absurd $700 million railway line in a bill that remains $14 billion over the limit set by Bush. Even when it knows that wasteful spending has fundamentally harmed its standing with the public, and especially with its core supporters, the GOP Congress just can't help itself.

Overall federal spending is up 33 percent during the majority's Deterioration phase, with defense and post-9/11 spending on domestic security representing less than half of this new spending. Republicans are responsible for the largest expansions in federal education spending in history (up 72 percent since 1995), along with record spending increases in agriculture, highways, and entitlements. The Congressional Budget Office estimates that the Senate's "compromise" immigration bill will cost $27 billion in mandatory spending over the first ten years, including $12 billion in Medicaid and $12 billion in Earned Income Tax Credits.

It has become a Republican specialty to get favors from the public trough.

The number of annual earmarks has grown tenfold since the Republicans took over the House in 1995, from 1,439 to 14,000 last year. The House leadership backs cracking down on some earmarks, while the Senate maintains its addiction. Congress seems incapable of acting in the broader public good. It is a collection of parochialisms, jostling for their own spending projects and creature comforts.

WHAT KIND OF REFORMERS ARE THESE? That explains the course of reform in Congress. Earlier this year, the House Republicans elected a new majority leader, John Boehner. He was a relatively fresh face for the party, even if he is no stranger to K Street. But his election quickly became a way to forestall change rather than foster it. Republicans collectively said, in effect, "We have embraced 'change' in the form of a new leader, now we don't have to adopt any of its substance."

Instead of passing a permanent ban on private travel, the GOP is proposing a moratorium on it until the election is over — in the hope that the public heat will abate and that "further study" will provide a rationale to keep this popular perk. New reporting requirements and tougher penalties are imposed on lobbyists (none of which will trip up Jack Abramoff-style operators), while political PACs can continue to wine and dine members and play golf with them.

The reform the GOP can get excited about is attempting to muzzle its opponents. A majority of House Republicans once opposed the McCain-Feingold bill's contribution limits on PACs because they restricted political speech. But irked at the lavish funding of liberal nonprofit groups known as 527s during the 2004 campaigns, House Republicans have now passed a bill extending the McCain-Feingold contribution limits to these independent groups — their prior principles be damned.

Republicans obviously want to duck their heads and hope they don't have to do anything painful to save themselves. The Washington Post reports that GOP lawmakers came back from Easter recess and "said they felt free to pass a relatively tepid ethics bill because constituents rarely mention the issue." Rep. David Hobson (R-Ohio) explained the alleged mistake of caring too much about the party's image on ethics. "We're all being rushed into a bill. We panicked, and we let the media get us panicked," he said. The only time Congress ever pulls back from a panic is to save its own perks.

Of course, panic is never a healthy reaction, but there is legitimate cause for GOP worry on the ethics front. A recent Washington Post/ABC poll found the Democratic party was trusted more than Republicans "to do a better job handling corruption in Washington" by 52 percent to 27 percent. Last month, a Pew Research Center survey found that by 44 percent to 28 percent, voters believed that Democrats "could do a better job in reforming government." Will the corruption issue alone sink the GOP? No. But it adds to the fabric of the public's discontent. With ongoing criminal investigations involving Abramoff and former congressman Duke Cunningham, Republicans are only one new indictment or guilty plea away from another cycle of the "culture of corruption" charges they now witlessly dismiss as innocuous.

Rep. David Dreier (R-Calif.) rebutted criticisms of the watered-down reform proposal by explaining, "If everybody is unhappy with a piece of legislation, it's probably a pretty good bill." By this standard, Congress itself is probably doing a pretty good job.

A Congress Gone to Pot - If the GOP majority doesn't wake up, it wi

AN ACT NOT TOGETHER The GOP caucus has both a leadership and a followership problem. If Newt Gingrich exemplified the Revolution phase of the GOP majority and Tom DeLay the Consolidation phase, Senate majority leader Bill Frist is the perfect representative of the Deterioration phase. Unlike Gingrich and DeLay, he is in the Senate, so has an inherently more difficult job managing his majority. But Frist captures the current GOP aimlessness. One day he's in favor of an enforcement-first approach to immigration; the next he's in favor of a "compromise" that's a far-reaching amnesty. He favored an increase in taxes on oil companies to fund the Senate's gas-rebate scheme, before he opposed it.

Not that Frist, or other Republican congressional leaders, are in charge of orderly and sensible flocks. The whiff of defeat, along with the loss of legislative master Tom DeLay, has sent moderates and conservatives in the House scurrying in opposite directions — the moderates to approve even more spending in an attempt to sway swing voters; the conservatives to crack down on spending to prevent a total rupture with the party's base.

In the Senate, Frist has to deal with a GOP caucus that features 54 other Republicans, almost all of whom consider themselves individual power centers. Senator Specter, for instance, is willing to torment the administration on an important national-security issue so Democrats won't have to. He is now threatening to block funding of the National Security Agency's warrantless surveillance program — a popular program that has given the administration one of its few issues that can cut against Democrats. Meanwhile, Sen. John Warner has said he might provide a forum for disgruntled generals to bash Secretary of Defense Rumsfeld, following Hillary Clinton's request to hear from the handful of former flag officers opposed to Rumsfeld. In the midst of a war, other Republican senators have blocked nominations for important national-security posts because of parochial concerns or unrelated policy objections.

The national-security issue that looms largest, of course, is the Iraq War. Republicans facing voters this year recognize that their party is on the "wrong" side of an unpopular war and grouse about the president's apparent inability to assuage doubts about the chances for success in Iraq. Their prospects at the polls would improve dramatically if their constituents better understood how crucial a stable, democratic Iraq is to our national security and if George W. Bush's poll ratings were ten points higher. Rather than being struck dumb on the subject in the face of discouraging public opinion, GOP members should be using their seemingly constant recesses to make the case for the war in their districts.

Presented with their own manifest failures, and the understandable public reaction to them, congressional Republicans have lately been whistling the old Tip O'Neill tune "All Politics Is Local" past the electoral graveyard. Their hope is that paying attention to constituents' casework, touting feel-good federal programs, and attending ribbon-cutting ceremonies at their precious pork projects can save the day. Of course, Tip O'Neill's own party was done in by a disaffected electorate focused on national issues. GOP strategist Dave Winston points out, "For the past 30 years, and maybe longer, the outcome of congressional elections in non-presidential years has, with one lone exception [1990], been determined by a focus on national, not local, issues." As the bad polling piles up, nervous Republicans will ask themselves, Can this Congress be saved? But the question frustrated Republican voters are increasingly asking is, Is it worth saving?

**LOAD-DATE:** May 7, 2006

EXHIBIT  7

10 of 31 DOCUMENTS

Copyright 2006 Copley News Service
All Rights Reserved
Copley News Service

February 15, 2006 Wednesday  8:34 PM EST

**SECTION:** DAILY NEWS

**LENGTH:** 845 words

**HEADLINE:** ANALYSIS: Cheney mishandling of incident leaves him a political liability

**BYLINE:** George E. Condon Jr.

**DATELINE:** WASHINGTON

**BODY:**

Vice President Dick Cheney's explanation Wednesday of how he came to accidentally shoot a friend undoubtedly will help douse the Washington firestorm ignited by his office's initial handling of the incident.

But waiting to give an interview to Fox News until fully four days after the shooting will not undo the political damage that leaves Cheney less able to help push the administration agenda and less able to help struggling Republican candidates.

"Pretty much everything was done the wrong way," said pollster John Zogby, looking back at the decision-making by Cheney and his aides since the vice president's Saturday-evening pulling of the trigger at the sound of quail taking flight on a ranch in Texas.

"This could and should have been a 24-hour story – an unfortunate accident," said Zogby. "But now I'm not sure that the vice president's appearance (on Fox) on Wednesday, four days after this has fermented, is going to make this go away."

Perhaps the greatest benefit to Cheney is that he – wisely, in the view of all analysts – dropped the line being peddled by his supporters that somehow the victim was to blame because he did not announce his presence when approaching the shotgun-toting Cheney.

Cheney intimate and former aide Mary Matalin was the first to test that out on Sunday when she told reporters that the vice president "didn't do anything he wasn't supposed to do."

Other than shoot his friend, of course.

Interviewer Brit Hume gave Cheney an opening to parrot that line. But the vice president now was ready to take responsibility, telling Hume, "You can't blame anybody else. I'm the guy who pulled the trigger and shot my friend."

He also is likely to benefit by letting viewers glimpse a more human side of a usually stolid, unemotional man. Viewers saw a vice president shaken by the incident on what he poignantly called "one of the worst days of my life."

Incredibly, this was the first time since the shooting that there had been any hint Cheney was upset over what happened.

"This has been a one-man counteroffensive against the Oprah-ization of American politics," said California Republican Dan Schnur, a former top aide to Gov. Pete Wilson. "Politicians have been conditioned in recent years to bare their souls, to open themselves up emotionally in order to defuse a crisis. Cheney's response was very much a throwback to an earlier era."

Schnur added that most politicians "would be photographed beside the hospital bed and would be anguishing about how they had done it. But this was the opposite tack."

While the gruff exterior is part of Cheney's public persona, it did not serve him well in this instance. By staying out of public view and not even releasing any statement expressing regret, Cheney was left looking uncaring.

ANALYSIS: Cheney mishandling of incident leaves him a political liabilit

"He looked totally callous," said Larry Sabato, director of the University of Virginia Center for Politics and an expert on how politicians handle this type of media "feeding frenzy."

"It was callous trying to shift the blame to the victim. His entire PR staff should be fired just for that," he said.

Sabato also was critical of the amateurish way the information was released. In that criticism he was joined by such Republican heavyweights as Marlin Fitzwater, press secretary to Presidents Ronald Reagan and George H.W. Bush; Ari Fleischer, former press secretary to the current President Bush; and Torie Clarke, former Pentagon spokeswoman for the current administration.

"They violated every rule in the book," said Sabato. "I've studied feeding frenzies. This is a classic feeding frenzy. And it was created in part by their inability to get the news out. You have to tell the truth. And you need to get the facts out completely as soon as possible. This was a public relations disaster because they didn't do that."

Cheney supporters dismiss the criticism as unimportant. "The average American out there doesn't give a damn whether they called the press Saturday night or Sunday morning and they don't care whether they called the Corpus Christi paper as opposed to the White House pool," said veteran Republican strategist Charlie Black.

Black predicted no lasting political damage to Cheney, saying, "Life goes on and you move on."

But others fear that Cheney has become more of a liability to Republicans running in close congressional races this year. Even before the shooting incident, Cheney's approval numbers had cratered. Six national polls conducted in December and January showed his job approval ranging from 32 percent to 38 percent – lower than President Bush's numbers. He did show some improvement in the CNN/USA Today poll, going from 36 percent in November to 41 percent in January.

"I'll make a prediction – Cheney is not going to any swing districts this fall," said Schnur.

Black did not disagree, but said, "If you want somebody to help you raise money and rally your base, you'd want Cheney almost anywhere in the country. If you're down to the last two weeks of the race and it's a swing district and you're trying to sway moderate voters, you probably won't invite Dick Cheney in there."

**LOAD–DATE:** February 16, 2006

EXHIBIT  8

5 of 31 DOCUMENTS

Copyright 2006 CBS Worldwide Inc.
All Rights Reserved
CBS News Transcripts

**SHOW:** Face the Nation 10:30 AM EST CBS

February 19, 2006 Sunday

**LENGTH:** 156  words

**HEADLINE:** CBS' Face the Nation, 10:30 AM

**ANCHORS:** BOB SCHIEFFER

**BODY:**

BOB SCHIEFFER, host:

Today on FACE THE NATION: the Cheney incident, wiretapping and ethics, all issues for Senate Majority Leader Bill Frist and Senator Barbara Boxer. Has Vice President Cheney become a political liability for the Republicans? And why won't the Senate investigate the NSA wiretapping program? Can the Congress clean up its lobbying ethics problems? These are the questions for the Senate Majority Leader Bill Frist, Republican of Tennessee, and Senator Barbara Boxer, Democrat of California. Elisabeth Bumiller of The New York Times will join in the questions. And I'll have a final word on winning hearts and minds. The secretary of defense has identified the problem, but does he have an answer? First, though, the Cheney incident on FACE THE NATION.

Announcer: FACE THE NATION with CBS News Chief Washington correspondent Bob Schieffer. And now from CBS News in Washington, Bob Schieffer.

SCHIEFFER: And good morning again.

**LOAD-DATE:** February 19, 2006