# EXHIBIT 4

*The Washington Post v. Department of Homeland Security*

Motion for a Preliminary Injunction



U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

August 31, 2006

Eric N. Lieberman
Deputy Counsel and Director of Government Affairs
The Washington Post
1150 15th St., N.W.
Washington, DC 20071

      Re:    Freedom of Information Act Appeal – File Nos. 20060351-20060364

Dear Mr. Lieberman:

      Reference is made to your letter dated July 12, 2006, and received by the United States Secret Service (Secret Service) the same day. Through this letter, you appeal the June 16, 2006 determination of Special Agent in Charge, Kathy J. Lyerly, Secret Service Freedom of Information and Privacy Acts Officer, denying the expedited processing of Ms. Jo Becker's Freedom of Information Act requests set forth above. Reference is further made to Ms. Becker's conversations with Latita Huff, Secret Service Disclosure Officer, on August 24, 2006, regarding the status of these requests and appeal.

      Having reviewed your letter, it is the determination of the Secret Service that your appeal is granted and that expedited treatment is appropriate in this matter. As Ms. Becker was advised by Ms. Huff, the Secret Service's Freedom of Information and Privacy Acts Office has initiated a search for records.

      Please be advised that any future correspondence concerning these requests should be directed to the Freedom of Information and Privacy Acts Office.

                                      Sincerely,

                                      Brian K. Nagel
                                      Deputy Director