# EXHIBIT 6

*The Washington Post v. Department of Homeland Security*

Motion for a Preliminary Injunction



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

SEP 20 2006

Jo Becker
Staff Writer
The Washington Post
1150 15th Street, N. W.
Washington, D. C. 20071

File Number:  20060351-20060364

Dear Ms. Becker:

This letter addresses your request for information submitted under the Freedom of Information Act (FOIA), received by this office on June 12, 2006, seeking access to the following records:

"All records and visitor logs, including WAVES and/or ACR records from, October 2004 to present, reflecting or concerning the entries and/or exits of any persons who sought or were scheduled to visit the following people in the Office of the Vice President: Vice President Cheney; David Addington, I. Lewis 'Scooter' Libby, C. Dean McGrath, Steven Schmidt, John Hannah, Eric Edelman, Ron Christie, Victoria Nuland, Aaron Friedberg, Stephen Yates[,] Samantha Ravich, and David Wurmser."

"All records and visitor logs, including WAVES and/or ACR records, from October 2004 to present, reflecting or concerning the entries and/or exits of any persons, other than the members of the Cheney family, visiting the vice-president's residence."

The records you seek are not agency records subject to the FOIA. These records are governed by the Presidential Records Act, 44 U.S.C. § 2201 et seq., and remain under the exclusive legal custody and control of the White House and the Office of the Vice President. Accordingly, the United States Secret Service lacks the authority to provide such records in response to your request.

Sincerely,

Kathy J. Lyerly
SAIC
Freedom of Information &
Privacy Acts Officer