THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE WASHINGTON POST**, Plaintiff, v. **DEPARTMENT OF HOMELAND SECURITY**, Defendant. | Civil Action |

# O R D E R

**UPON CONSIDERATION** of plaintiff's motion for a preliminary injunction, defendant's response, and the entire record, it is this ___ day of October, 2006;

**ORDERED** that plaintiff's motion is granted; and it is

**FURTHER ORDERED** that defendant DHS, and its component the United States Secret Service, shall preserve all records responsive to plaintiff's June 12, 2006, Freedom of Information Act request, until further order of this Court; and it is

**FURTHER ORDERED** that defendant DHS, and its component the United States Secret Service, shall complete the processing of plaintiff's June 12, 2006, Freedom of Information Act requests, and produce or identify all responsive records, within 10 days of the date of this order.

_____ _____
Date United States District Judge