UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| THE WASHINGTON POST | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1737 (RMU) |
| | : | | |
| v. | : | Document No.: | 3 |
| | : | | |
| DEPARTMENT OF HOMELAND, SECURITY | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

**GRANTING THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

For the reasons stated in a Memorandum Opinion to follow, it is this 18th day of October, 2006, hereby

**ORDERED** that the plaintiff's motion for a preliminary injunction is **GRANTED**, and it is

**FURTHER ORDERED** that the defendant complete the processing of the plaintiff's June 12, 2006 FOIA requests and produce or identify all responsive records within 10 days of the date of this order, and it is

**ORDERED** that the defendant provide the plaintiff with a declaration and document index, as required by *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), indicating the defendant's justification for withholding any documents or portions thereof responsive to

the plaintiff's FOIA request within 10 days of this opinion.[1]

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge

---

[1] After the defendant complies with the directives set forth in this order, the parties may file any motions they deem appropriate. If the parties seek expedited judicial resolution of these motions, they must clearly set forth the justification for such expedited review. The parties are directed to confer prior to filing such motions in an attempt to set forth a reasonable briefing schedule.