IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON POST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1737 (RMU) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, the United States Department of Homeland Security, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's order of October 18, 2006 and memorandum opinion of October 19, 2006, granting plaintiff's motion for a preliminary injunction and directing the United States Secret Service to process plaintiff's June 12, 2006 Freedom of Information Act request within ten (10) days.

Dated: October 25, 2006             Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    JEFFREY A. TAYLOR
                                    Acting United States Attorney

                                    CARL J. NICHOLS

|  |  |
|---|---|
|  | Deputy Assistant Attorney General |
|  |  |
|  | JOSEPH H. HUNT |
| OF COUNSEL: | Branch Director |
|  |  |
| MOLLY WEBER | s/ Justin M. Sandberg |
| United States Secret Service | ELIZABETH J. SHAPIRO |
|  | (D.C. Bar No. 418925) |
|  | Assistant Branch Director |
|  | JAMES J. GILLIGAN |
|  | (D.C. Bar No. 422152) |
|  | Assistant Branch Director |
|  | SARA CLASH-DREXLER |
|  | (Pa. Bar No. 86517) |
|  | Trial Attorney |
|  | JUSTIN M. SANDBERG |
|  | (Ill. Bar. No. 6278377) |
|  | Trial Attorney |
|  | United States Department of Justice |
|  | Civil Division, Federal Programs Branch |
|  | 20 Massachusetts Avenue, N.W. #7224 |
|  | P.O. Box 883 Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone:  (202) 514-3489 |
|  | Facsimile:  (202) 616-8202 |
|  | E-mail:  justin.sandberg@usdoj.gov |
|  |  |
|  | Attorneys for Defendant |