UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| THE WASHINGTON POST, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1737 (RMU) |
| | : | | |
| v. | : | Document No.: | 11 |
| | : | | |
| DEPARTMENT OF HOMELAND, SECURITY | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

The plaintiff, The Washington Post (the "Post"), seeks records concerning individuals who visited Vice President Richard Cheney and his senior staff from the United States Secret Service ("Secret Service"), a division of the United States Department of Homeland Security ("DHS"). On October 18, 2006, the court ruled that the records the plaintiff seeks are "agency records" subject to disclosure under the Freedom of Information Act and that the Secret Service must process and fulfill the plaintiff's record request on an expedited schedule. This case is now before the court on the government's motion for a stay pending appeal.

The court recognizes the government's concern that production of non-exempt records on Monday, October 29, 2006 may constitute irreparable harm because production may constitute a waiver of the defendant's right to appeal the court's October 19, 2006 Memorandum Opinion.[1] Thus, to provide the parties an opportunity to complete briefing on this issue, and the other points raised in the government's motion, it is this 26th day of October, 2006 hereby

---

[1] The court has not yet concluded that the government has demonstrated irreparable harm. The court will render a determination on this issue, as well on the other prongs argued by the government in support of its motion to stay pending appeal, after full briefing by the parties.

**ORDERED** that the government's motion to stay is **GRANTED in part**. The court's order that the government produce all non-exempt FOIA records is **STAYED** until 4:00 pm on Friday, November 3, 2006, and it is

**ORDERED** that the government's motion to stay is **DENIED in part**. Pursuant to the court's October 18, 2006 Order, the government is **ORDERED** to complete processing of the plaintiff's June 12, 2006 FOIA requests and provide the plaintiff with a declaration and document index indicating the defendant's justification for withholding any documents or portions thereof responsive to the plaintiff's FOIA request by Monday, October 29, 2006, and it is

**FURTHER ORDERED** that the court **DEFERS** ruling in part on the government's motion to stay pending full briefing by the parties, and it is

**ORDERED** that the plaintiff file an opposition to the government's motion to stay by 5:00 pm on Saturday, October 28, 2006, and it is

**FURTHER ORDERED** that the defendant file its reply to its motion to stay by 5:00 pm on Sunday, October 29, 2006.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge