UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE WASHINGTON POST,            :
                                :
    Plaintiff,              :   Civil Action No.:   06-1737 (RMU)
                                :
v.                              :
                                :
DEPARTMENT OF HOMELAND,         :
SECURITY,                       :
                                :
    Defendant.              :

### ORDER

In light of an emergency motion to stay lodged by the defendant and currently pending before the D.C. Circuit, the parties have jointly requested that the court suspend briefing on the motion to stay currently pending before this court. Additionally, the parties have jointly requested that the court set forth a briefing schedule for cross-motions for summary judgment. The court agrees with the parties that such actions are prudent under the circumstances. Accordingly, it is this 27th day of October, 2006 hereby

**ORDERED** that briefing on the government's motion to stay currently pending in this court is suspended pending a ruling by the D.C. Circuit. Within 24 hours of any action by the D.C. Circuit, the plaintiff may file an opposition to the government's motion to stay currently pending in this court. The government may file a reply brief within 24 hours thereafter, and it is

**FURTHER ORDERED** that the parties file cross-motions for summary judgment by Tuesday, October 31, 2006 at 5:00 pm, and it is

**ORDERED** that the parties file oppositions by Thursday, November 2, 2006 at 10:00 am, and it is

**FURTHER ORDERED** that the government submit all withheld records responsive to

the plaintiff's FOIA request, along with a copy of its *Vaughn* Index, to the court for *in camera* review by 5:00 pm on Monday, October 30, 2006.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge