UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WASHINGTON POST, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-1737 (RMU) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff The Washington Post ("The Post") files this notice of voluntary dismissal of this action.

Defendant, the U.S. Department of Homeland Security, consents to The Post's dismissal.

THE WASHINGTON POST,
Plaintiff

By: _____
DAVID L. SOBEL
D.C. Bar No. 360418
1875 Connecticut Avenue, N.W.
Suite 650
Washington, DC 20009
(202) 246-6180

ERIC N. LIEBERMAN
D.C. Bar No. 436331
JAMES A. McLAUGHLIN
D.C. Bar No. 469203
The Washington Post
1150 15th Street, N.W.
Washington, DC 20071
(202) 334-6017

*Attorneys for The Washington Post*

DEPARTMENT OF HOMELAND
SECURITY, Defendant

By: _____
JAMES J. GILLIGAN
Assistant Director
Federal Programs Branch
Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 514-3358

*Counsel for Defendant U.S. Department of Homeland Security*